**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-6335**

─────────────

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

TYE LANFORD SARRATT,

               Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:01-cr-00016-GCM-1)

─────────────

Submitted:  August 23, 2022                    Decided:  August 26, 2022

─────────────

Before GREGORY, Chief Judge, HEYTENS, Circuit Judge, and KEENAN, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Tye Lanford Sarratt, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tye Lanford Sarratt appeals the district court's orders denying his motion for compassionate release and denying reconsideration. We have reviewed the record and find that the district court did not abuse its discretion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*